UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. ISAAC KELLEY, | No. C 09-2462 SI (pr) |
| Plaintiff. | **JUDGMENT** |

This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 20, 2009

SUSAN ILLSTON
United States District Judge